UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TWO HORSE CONSTRUCTION, INC. a California corporation; NICOLAS BENITEZ, an individual doing business as TWO HORSE CONSTRUCTION; et al.,<br><br>Defendants. | CASE NO.: CV 14 80308 MISC. LHK<br><br>[~~PROPOSED~~] ORDER RE REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[F.R.C.P. RULE 4.1(a)] |

Upon Request by Plaintiff/Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC ("Judgment Creditor") to have a registered California process server (hereinafter "Process Server") be specially appointed to serve any Writ of Attachment and/or Writ of Execution in this action and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** Judgment Creditor's Request for Special Appointment of a Private Process Server to serve any Writ of Attachment and/or Writ of Execution is granted and:

-1-

1. Process Server is competent and not less than eighteen (18) years of age;
2. Process Server is not and will not be a party to this action;
3. The process server that will be used by the Process Service to effectuate service in this action is a California process server duly registered in the county in which the Writ of Attachment and /or Writ of Execution will be served; and
4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Federal Rules of Civil Procedure, Rule 69(a)(1) and California Code of Civil Procedures § 699.080.

DATED: December 3, 2014



_____
UNITED STATES MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

260831.1

2